THE VEEN FIRM, P.C.
WILLIAM L. VEEN, No. 043150
ANTHONY L. LABEL, No. 205920
STEVEN A. KRONENBERG, No. 215541
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Tel: (415) 673-4800
Fax: (415) 771-5845
AL.Team@VeenFirm.com

CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER, No. 111531
DAN GILDOR, No. 223027
42 Miller Avenue
Mill Valley, California 94941
Tel: (415) 381-5599
Fax: (415) 381-5572
jon@chavezgertler.com
dan@chavezgertler.com

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL DOSSEY, and LOUISE TANG, on behalf of themselves, and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>SKINNYPOP POPCORN, LLC, AND DOES 1 THROUGH 100, inclusive,<br><br>　　　Defendants. | Case No: C 14-01005 JSW<br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING MOTION FOR JUDGMENT ON THE PLEADINGS AND CASE MANAGEMENT CONFERENCE** |

1  The Court, having reviewed the parties Stipulation Continuing Motion for Judgment on
2  the Pleadings and Case Management Conference, filed March 19, 2014, and good cause
3  appearing, approves the stipulation and hereby ORDERS that:
4  1. The briefing schedule on Defendant's Motion for Judgment on the Pleadings (Dkt
5  #12) shall be continued 30 days, with Plaintiff's response to be filed on or before **April 28, 2014**,
6  Defendant's reply to be served on or before **May 23, 2014**, and the hearing to occur on **June 27,**
7  **2014**, or as soon thereafter as the Court may order.
8  2. The case management conference set for June 13, 2014 should be continued until
9  ~~July 27,~~ August 8 2014 or as soon thereafter as the Court can set the case management conference.
10  IT IS SO ORDERED.

DATED: March 20, 2014

_____
HON. JEFFREY S. WHITE
UNITED STATED DISTRICT JUDGE

1
[~~PROPOSED~~] ORDER CONTINUING MOTION AND CMC          Case No. C 14-01005 JSW