IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL DOSSEY and LOUISE TANG, on behalf of themselves and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SKINNYPOP POPCORN LLC and DOES 1-100, inclusive,<br><br>   Defendants.<br>_____ / | No. C 14-01005 JSW<br><br><br><br>**ORDER VACATING HEARINGS** |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to amend which has been noticed for hearing on June 13, 2014 at 9:00 a.m. and the motion for judgment on the pleadings which has been noticed for hearing on Friday, June 27, 2014 at 9:00 a.m., are both appropriate for decision without oral argument. Accordingly, the hearing dates are VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: June 5, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE